IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM DONALD HODGES, | } | |
| | } | |
| *Plaintiff*, | } | |
| v. | } | Civil Action No. G-07-588 |
| | } | |
| UNION PACIFIC RAILROAD COMPANY, | } | |
| PETRON, INC., and PETRON, L.L.C., | } | |
| | } | |
| *Defendants*. | } | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. Accordingly, the case is hereby DISMISSED without prejudice to the right of the parties to move for reinstatement within ninety (90) days from the entry of this Order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 31st day of March, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE